IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEVE CHRISTOPHER LAWRENCE, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 3:11-cv-0751-TMH |
| ) | WO |
| GARY HETZEL, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #22) to the Recommendation of the Magistrate Judge filed on April 2, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #21) filed on March 19, 2014 is adopted;

3. The petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice.

DONE this the 1st day of May, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE